No. 511. Cincinnati, Newport & Covington Railway Co. *v.* Brumleve, Director. On petition for writ of certiorari to the Court of Appeals of Kentucky. October 14, 1946. Dismissed on motion of counsel for the petitioner. *Stephens L. Blakely* and *Jacob L. Holtzmann* for petitioner.

No. 20. United Federal Workers of America (C. I. O.) et al. *v.* Mitchell et al. October 18, 1946. United Public Workers of America (C. I. O.) substituted as a party appellant herein in the place and stead of United Federal Workers of America (C. I. O.).

No. —. Semel et al. *v.* United States. October 21, 1946. The motion for a stay is denied.

No. 36, Misc. Ex parte Goins;
No. 39, Misc. Ex parte Stephenson; and
No. 40, Misc. Ex parte McCrackin. October 21, 1946. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 35, Misc. Burt *v.* Conger, District Judge; and
No. 38, Misc. Ex parte Hayes. October 21, 1946. The motions for leave to file petitions for writs of mandamus are denied.